196 So. 164

## BERRY v. STATE.

### 7 Div. 472.

Court of Appeals of Alabama.

Jan. 30, 1940.

Rehearing Denied May 14, 1940.

J. A. Johnson, of Ft. Payne, for appellant.

Thos. S. Lawson, Atty.Gen., for the State.

SAMFORD, Judge.

The evidence for the State tended to prove the charges as laid in the indictment, and that for the defendant tended to prove the contrary. The question was for the jury. This was the only question in the case.

There being no error in the record, the judgment is affirmed.

The judgment is affirmed.

Affirmed.